**Electronically Filed
Supreme Court
SCWC-16-0000664
14-JUL-2020
12:47 PM**

SCWC-16-0000664

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

KENNETH M. SKAHAN, Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, LTD., Respondent/Employer-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000664; CASE NO.: AB 2014-041 (WH); DCD NO.: 9-13-
45106(M))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ., and
Circuit Judge Johnson, in place of Pollack, J., recused)

Petitioner/Claimant-Appellant Kenneth Skahan's application
for writ of certiorari filed on June 1, 2020, is hereby
accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard
in this case.  Any party may, within ten days and pursuant to
Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for
retention of oral argument.

DATED: Honolulu, Hawai‘i, July 14, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson

